THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBIN HOLMES, | CASE NO. C19-1100-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| MACHOL AND JOHANNES, PLLC, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Plaintiff has filed a notice of voluntary dismissal (Dkt. No. 6). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this notice is self-executing, and this action is DISMISSED with prejudice and without an award of costs or attorney fees to either party. The Clerk is directed to CLOSE this case.

DATED this 19th day of September 2019

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
[CASE #]
PAGE - 1